**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ADAEL MILANES VAILLAN,**<br>***Petitioner***<br><br>**v.**<br><br>**MARKWAYNE MULLIN, in his official Capacity as U.S. Secretary of Homeland Security, *et al.*,**<br>***Respondent*s.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION**<br><br><br><br><br><br><br><br>**NO. 26-6025** |

**ORDER**

**AND NOW**, this **20th** day of **August 2026**, upon review of Petitioner Adael Milanes Vaillan's Petition for Writ of *Habeas Corpus* Pursuant to 28 U.S.C. § 2241 (ECF No. 1) and the Respondents' Response to the Petition dated August 20, 2026 (ECF No. 4), it is hereby **ORDERED** that the Petition (ECF No. 1) is **GRANTED** as follows:

1. For the reasons stated in this District's prior cases*, see, e.g.*, Memorandum Opinion at 1–10, *Demirel v. Fed. Det. Ctr. Phila.*, No. 25-cv-5488 (E.D. Pa. Nov. 18, 2025); Memorandum Opinion at 1–14, *Anirudh v. McShane*, No. 25-cv-6458 (E.D. Pa. Dec. 9, 2025); Memorandum Opinion at 1–5, *Rios Porras v. O'Neill*, No. 25-cv-6801 (E.D. Pa. Dec. 22, 2025); Memorandum Opinion at 8–21, *Vasquez-Rosario v. Noem*, No. 25-cv-7427 (E.D. Pa. Jan. 26, 2026); which Respondents concede are not materially distinguishable, *see* ECF No. 4, Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

2. **Petitioner is a noncitizen who has been residing in the United States since December 2022. ECF No. 1 ¶ 19. The record reflects that Petitioner does not have a criminal record and applied for adjustment of status to that of a permanent**

**resident under the Cuban Adjustment Act with the USCIS on March 22, 2024. *Id.* ¶¶ 7, 21, 23. The U.S. Department of Homeland Security detained Petitioner on August 18, 2026 during a routine ICE check-in and took him into custody without a bond hearing. *Id.* ¶¶ 3, 22. Respondents do not contest these facts. *See* ECF No. 4.**

3. **Because Petitioner is being held in custody in violation of the laws and the Constitution of the United States, Respondents shall IMMEDIATELY RELEASE Petitioner from custody at the Federal Detention Center in Philadelphia.**
4. Respondents are **DIRECTED** to return to Petitioner any and all funds, identification, or property which may have been seized from Petitioner at the time of his arrest.
5. Respondents are **DIRECTED** to certify compliance with the Court's Order by filing such certification on the docket on or before **August 21, 2026 at 5:00 p.m.**
6. The Clerk of the Court is **DIRECTED** to **CLOSE** the above-captioned matter.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**